AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

**APPEARANCE**

Case Number: 08 Civ. 7237 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TRANS SEA TRANSPORT N.V.

I certify that I am admitted to practice in this court.

| 8/20/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Patrick F. Lennon | PL 2162 |
|---|---|
| Print Name | Bar Number |

420 Lexington Ave., Suite 300
Address

| New York | NY | 10170 |
|---|---|---|
| City | State | Zip Code |

| (212) 490-6050 | (212) 490-6070 |
|---|---|
| Phone Number | Fax Number |