BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
LeRoy Lambert (LL 3519)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADROPLOV., <br><br> Plaintiff, <br><br> v. <br><br> TRANS SEA TRANSPORT N.V., <br><br> Defendant. | 08 Civ. 7237(GEL) <br><br> **ORDER ALLOWING SUBSTITUTION OF PLAINTIFF, AMENDMENT OF COMPLAINT, AND DIRECTING CLERK TO CHANGE THE CAPTION AND DOCKET SHEET** |

Upon application of Plaintiff, it is hereby ordered that the name of the Plaintiff in the captioned action, "Jadroplov," be and hereby is deleted and in its place substituted "Hope Shipping Co. Ltd." as the plaintiff, that the Amended Verified Complaint annexed as Exhibit A may be filed, and that the Clerk of Court is directed to change the docket sheet and caption of this action accordingly.

SO ORDERED:

August 19, 2008

*[signature]*
U.S.D.J.

130484.00601/6663023v.1